

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

April 9, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/10/08]

    Re:  John A. Hairston v. Astrue
           08 Civ. 0207 (LTS) (THK)

Dear Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced. During my preparation of the government's answer, I encountered several issues that required that I seek additional information from the Agency. Therefore, with consent of plaintiff, I respectfully request a thirty day extension of time from April 15, 2008, until May 15, 2008, to answer and move with respect to the complaint.

    This is defendant's first request for an extension of time to answer and move with respect to the complaint.

    Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

*[Handwritten endorsement:]* Granted. Any response shall be submitted by June 6, 2008.

**SO ORDERED**
4/10/08  *[signature]*
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: [illegible], Esq.

COPIES MAILED
TO COUNSEL OF RECORD ON 4/10/08