

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 14, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

    Re:  John A. Hairston v. Astrue
           08 Civ. 0207 (LTS) (THK)

Dear Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced. Defendant intends to answer the complaint by May 15, 2008, the current due date. However, because the parties are exploring the possibility of a voluntary remand, I respectfully request an extension of thirty days from May 15, 2008, until June 16, 2008 (June 14, 2008 falls on a Saturday), to file the government's motion for judgment on the pleadings. Plaintiff has kindly consented to this request.

    This is defendant's second request for an extension of time to move for judgment on the pleadings as the motion was originally due on April 15, 2008.

    Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Herbert Forsmith, Esq.

*Handwritten note:* The motion shall be filed by June 16, 2008. Any response shall be filed by July 7, 2008.

**SO ORDERED**
5/15/08
_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE