

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

**MEMO ENDORSED**

June 16, 2008

By Hand

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

     Re:  John A. Hairston v. Astrue
           08 Civ. 0207 (LTS) (THK)

Dear Judge Katz:

     This Office represents the Commissioner of Social Security, defendant in the above-referenced action. The parties have verbally agreed to a voluntary remand in this case. Therefore, with the consent of plaintiff, I respectfully request an extension of two weeks from today, June 16, 2008, until June 30, 2008, to submit a signed stipulation of remand.

     Two prior extensions have been granted to defendant with respect to his motion, which was originally due on April 15, 2008.

     Thank you for your consideration of this request.

*Granted.*

Respectfully,

MICHAEL J. GARCIA
United States Attorney

**SO ORDERED**
6/17/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Herbert Forsmith, Esq. (By Fax)

COPIES MAILED
TO COUNSEL OF RECORD ON 6/17/08