

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750
Leslie.Ramirez-Fisher@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
JOHN A. HAIRSTON,                :
                                 :
            Plaintiff,           :
                                 :
      - v. -                     :
                                 :   STIPULATION AND ORDER
MICAHEL J. ASTRUE,               :   08 Civ. 0207 (LTS)(THK)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
July 15, 2008

By: _____
HERBERT S. FORSMITH
Attorney for Plaintiff
26 Broadway - 17th Floor
New York, New York 10004
Telephone No.: (212) 809-6122

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-0378

SO ORDERED:

_____ 7/22/08
UNITED STATES DISTRICT JUDGE